## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIYIMEI GARMENTS GROUP,<br>dba FENGHUA AIYIMEI GARMENTS<br>IMP. AND EXP. COMPANY LTD.,<br><br>    Plaintiff,<br><br>-versus-<br><br>MELANGE INTERNATIONAL, INC.,<br>dba TRITOP INTERNATIONAL, INC.,<br>dba RICCARDO FAZZI, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case 1:08-cv-10102-VM

U.S. District Judge Victor Marrero

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-09

---

### PROPOSED ORDER RE:
### *PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(B)(1) AND LOCAL CIVIL RULE 55.2(A)*

---

Upon review of the *Application For Default Judgment*, Plaintiff Aiyimei Garments Group dba Fenghua Aiyimei Garments Imp. and Exp. Company Ltd. (hereinafter "Plaintiff"), said Application is well taken.

Pursuant to Fed. R. Civ. P. 55(b)(1) and Local Civil Rule 55.2(a), Default Judgment is hereby entered in favor of Plaintiff Aiyimei Garments Group dba Fenghua Aiyimei Garments Imp. and Exp. Company Ltd. and against Defendants Melange International, Inc. dba Tritop International, Inc. dba Riccardo Fazzi, Inc., jointly and severally, for the sum certain of $962,053.86.

IT IS SO ORDERED,

Victor Marrero, U. S. D. J.

**EXHIBIT**

**5**